831 A.2d 553

IN THE MATTER OF THOMAS E. BOCCIERI, AN ATTORNEY
AT LAW (ATTORNEY NO. 035941985).

September 23, 2003.

## O R D E R

This matter having been duly presented to the Court, it is ORDERED that **THOMAS E. BOCCIERI** of **WOODCLIFF LAKE,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three years effective June 22, 1999, by Order of this Court filed December 6, 2001, be restored to the practice of law, effective immediately.